JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JESUS GUADALUPE SANCHEZ, | Case No. CV 18-2546-GW (KK) |
|---|---|
| Petitioner, | |
| v. | JUDGMENT |
| WARDEN, | |
| Respondent. | |

Pursuant to the Order Dismissing Action for Lack of Subject Matter Jurisdiction,

IT IS HEREBY ADJUDGED this action is DISMISSED without prejudice.

Dated: May 2, 2018

HONORABLE GEORGE H. WU
United States District Judge

Presented by:

KENLY KIYA KATO
United States Magistrate Judge